UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0910 SBA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING DATE TO MAY 8, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| CHAD BRANDTS, | ) | |
| Defendant. | ) | |

The parties jointly requested that this Court continue the sentencing hearing to May 8, 2012 at 10:00 a.m. because additional time is needed to gather information to aid in preparation of the Presentence Investigation Report and to allow the parties to review and submit comments regarding the draft report. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

**IT IS HEREBY ORDERED** that the change of plea and sentencing in this matter is continued to May 10, 2012 at 10:00 a.m. and that time between April 10, 2012 and May 10, 2012 is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) for the Court's consideration of the proposed plea agreement.

DATED: 3/16/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE COP & SENTENCING DATE TO MAY 8, 2012
No. CR-11-0910 SBA