GEOFF A. HANSEN
Acting Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant BRANDTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR-11-910 SBA |
| Plaintiff,     ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 2, 2012 BEFORE MAGISTRATE JUDGE DONNA RYU AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v.     ) | |
| CHAD BRANDTS,     ) | |
| Defendant.     ) | Date:  May 31, 2012<br>Time:  9:00 a.m.<br>Court: Hon. Donna Ryu |

The above-captioned matter is set on May 31, 2012 for a status hearing before Magistrate Judge Donna Ryu.  The parties request that this Court continue the hearing to July 2, 2012 at 9:30 a.m. before Magistrate Judge Donna Ryu and that the Court exclude time under the Speedy Trial Act between May 31, 2012 and July 2, 2012.

This is a case charging alleged mortgage fraud.  The parties are exploring resolution of this matter.  The defense is engaged in further review of discovery and performing legal research regarding Mr. Brandts' sentencing exposure.  Defense counsel will be out of the country between June 4 and June 21.  Additional time is needed for these reasons.  The parties agree the ends of

STIP. REQ. TO CONT. HEARING DATE AND TO EXCLUDE TIME
No. CR-11-0910 SBA

justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between May 31, 2012 and July 2, 2012 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: May 28, 2012

 /s/ Stephen Corrigan  
STEPHEN CORRIGAN  
Assistant United States Attorney  
Counsel for United States

 /s/ Ned Smock  
NED SMOCK  
Counsel for Chad Brandts

STIP. REQ. TO CONT. HEARING DATE AND TO EXCLUDE TIME  
No. CR-11-0910 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0910 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 2, 2012 BEFORE MAGISTRATE JUDGE DONNA RYU AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| CHAD BRANDTS | ) ) | |
| Defendant. | ) ) ) | |

The parties jointly requested that the May 31, 2012 hearing in this matter be continued for status before Magistrate Judge Donna Ryu on July 2, 2012, and that time be excluded under the Speedy Trial Act between May 31, 2012 and July 2, 2012 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The parties are exploring resolution of this matter. The defense is engaged in further review of discovery and performing legal research regarding Mr. Brandts' sentencing exposure. Defense counsel will be out of the country between June 4 and June 21. Additional time is needed for these reasons. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to July 2, 2012 at 9:30 a.m. before Magistrate Judge Donna Ryu, and that time between May 31, 2012 and July 2, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:  5/29/12

_____
Hon. Donna Ryu
United States Magistrate Judge

STIP. REQ. TO CONT. HEARING DATE AND TO EXCLUDE TIME
No. CR-11-0910 SBA