GEOFFREY A. HANSEN
Acting Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BRANDTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD BRANDTS,<br><br>Defendant. | No. CR 11-910 SBA<br><br>STIPULATED WAIVER OF DEFENDANT CHAD BRANDTS' PERSONAL APPEARANCE AND [PROPOSED] ORDER |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Chad Brandts hereby waives his right to be present in person in open court at the May 31, 2012 status conference, and he further agrees to waive his right to be present at any subsequent status conference hearing, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon initial appearance, arraignment, plea, sentencing and at every stage of trial including jury impanelment and return of the verdict. *See* Rule 43(a). Mr. Brandts lives and works in San Diego, so travel to court appearances is difficult. Mr. Brandts hereby requests the Court to proceed in his absence at status conference hearings and further agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if Mr. Brandts were personally present. Mr.

Stipulated Waiver of Defendant Brandts'
Appearance, No. CR 11-0910 SBA

1  Brandts further agrees to be present and ready for trial any day and hour the Court may fix in his
2  absence.
3       Mr. Brandts further acknowledges that he has been informed of his rights under Rule 43
4  and under Title 18 U.S.C. §3161-3174 (Speedy Trial Act), and authorizes his attorney to set
5  times and delays under that Speedy Trial Act without his being present.
6       The parties stipulate and agree to Mr. Brandts's absence as stated above and further
7  agree that his personal presence may be waived for the upcoming May 31, 2012 status
8  conference hearing and at future status conference hearing as set by the Court.

10  DATED: 5/24/12

                                            CHAD BRANDTS
                                            Defendant

13  DATED: May 30, 2012

                                            STEPHEN CORRIGAN
                                            Assistant United States Attorney

15  DATED: 5/30/12

                                            NED SMOCK
                                            Assistant Federal Public Defender
                                            Counsel for Defendant Brandts

# ORDER

Pursuant to Rule 43, the stipulation of the parties and the waiver of defendant Chad Brandts, Mr. Brandts's personal appearance is waived for the May 31, 2012 status conference hearing and at any subsequent status conference hearing, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon initial appearance, arraignment, plea, sentencing and at every stage of trial including jury impanelment and return of the verdict.

Dated: 7/2/2012

_____
HON. DONNA RYU
United States Magistrate Judge