UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0910 SBA |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING DATE TO |
| CHAD BRANDTS, | ) ) | OCTOBER 23, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) | |
| | ) | |

The parties jointly requested that this Court continue the sentencing hearing to October 23, 2012 at 10:00 a.m. because Mr. Brandts' wife is expecting their first child, and a Caesarean is scheduled for September 18. Mr. Brandts lives in San Diego and will need to be home to care for the newborn and his step-children while his wife recovers. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

**IT IS HEREBY ORDERED** that the change of plea and sentencing in this matter is continued to October 23, 2012 at 10:00 a.m. and that time between September 18, 2012 and October 23, 2012 is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) for the Court's consideration of the proposed plea agreement and 18 U.S.C. § 3161(h)(3)(A) for the unavailability of the defendant.

DATED:_8/22/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE COP & SENTENCING DATE TO OCTOBER 23, 2012
No. CR-11-0910 SBA