UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-0910 SBA |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE SENTENCING DATE TO FEBRUARY 5, 2013 |
| CHAD BRANDTS, ) | |
| Defendant. ) | |

The parties jointly requested that this Court continue the sentencing hearing to February 5, 2013 at 10:00 a.m. because the parties are engaged in research and discussions to determine the appropriate restitution amount in this matter, and additional time is necessary for those purposes.

**IT IS HEREBY ORDERED** that the sentencing in this matter is continued to February 5, 2013 at 10:00 a.m.

DATED:_12/13/12                           _____
                                          HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

STIP. REQ. TO CONTINUE SENTENCING DATE
No. CR-11-0910 SBA