UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0910 SBA |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO AMEND JUDGMENT |
| CHAD BRANDTS, | ) ) | |
| Defendant. | ) ) ) | |
| | ) | |

For the reasons set forth above, IT IS HEREBY ORDERED that the judgment in this matter shall be amended as follows:

Interest on the $285,945 restitution shall be waived pursuant to 18 U.S.C. § 3612(f)(3)(A).

A payment schedule shall be established with payments made in equal monthly installments of no less than $100 over a period of three years to commence immediately.

DATED:_3/12/13

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO AMEND JUDGMENT
No. CR-11-0910 SBA